UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06305-PD Date: October 27, 2026

Title *Alina Shrestha v. Warden or Facility Administrator, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Re Ex Parte Application for Temporary Restraining Order, Dkt. No. 3**

Petitioner, an immigration detainee, filed a counseled Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and an Ex Parte Application for Temporary Restraining Order ("Application"), seeking release. Dkt. Nos. 1, 3.

Section 2 of Central District of California General Order No. 26-05 prescribes an expedited briefing schedule for briefing on the merits of petitions for writs of habeas corpus seeking immigration-related relief. The General Order is issued in this matter. *See* Dkt. No. 6. The Application states that Petitioner is proceeding ex parte because her master calendaring hearing is set for October 27, 2026. Dkt. No. 3 at 5. However, Petitioner does not explain, in the Application or declaration, why the master hearing is a sufficient reason to shorten the already expedited briefing schedule. The Application also mentions an untreated ear condition by Petitioner but does not provide sufficient facts in a declaration.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-06305-PD Date: October 27, 2026

Title *Alina Shrestha v. Warden or Facility Administrator, et al.*

Therefore, Petitioner has not shown, in a declaration made under penalty of perjury, that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." Dkt. No. 6, ¶ 3.

Accordingly, the Application is denied.

**IT IS SO ORDERED**.